UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUL - 5 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>JORGE ANTONELLY HERNANDEZ (2),<br><br>              Defendant. | CASE NO. 12-cr-02196-H<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

       21:841(a)(1); 18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting (Felony)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 5, 2012

_____
William McCurine, Jr.
U.S. Magistrate Judge